Date signed February 13, 2007



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TYRESE M. BLAGMON | : | Case No. 06-12574PM |
| | : | Chapter 13 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### MEMORANDUM OF DECISION

Upon consideration of the Chapter 13 Trustee's Limited Objection to Attorney Fees, and the court having conducted a hearing thereon February 6, 2007, and having carefully considered the record and the argument of the parties, for the reasons described in the case of *In re Antonio Proctor*, No. 06-13116, decided February 9, 2007, the court will enter an order allowing compensation of $3,500.00 for all services rendered in this case to date. Of this allowed amount, $926.00 was paid by the Debtor prior to the filing of the case. The Trustee shall pay forthwith, if funds are available, the sum of $874.00 to the attorney for the Debtor. The balance of the allowed compensation is to be paid by the Trustee to Debtor's attorney at the rate of $100.00 per month.

What is especially notable in this case is the lack of care shown by counsel in filing Disclosures of Compensation at Docket Entries 3, 34 and 36. The first Disclosure Statement reflected a total fee of $926.00, of which $2,624.00 was said to be deemed earned and due as of the date of the first scheduled confirmation hearing. The second Disclosure Statement substituted $3,824.00 for $926.00 and contained a laundry list of matters for which additional charges were due, as well as an odd sentence referring to services rendered in excess of $4,500.00. The distinction between the last two Disclosures of Compensation is not clear.

An appropriate order will be entered.

cc:
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902
Richard L. Gilman, Esq., 8201 Corporate Drive, Suite 1140, Landover, MD 20785
United States Trustee, 6305 Ivy Lane, #600, Greenbelt  MD  20770
Tyrese M. Blagmon, 3119 Heathcote Road, Waldorf, MD 20602

**End of Memorandum**